UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x
                                     :
UNITED STATES OF AMERICA             :
                                     :
            -v.-                     :     S1 10 Cr. 1239 (DAB)
                                     :
JONATHAN BRISTOL,                    :
                                     :
            Defendant.               :
                                     :
- - - - - - - - - - - - - - - - - - -x

        The above-named defendant, who is accused of violating Title 18, United States Code, Section 371, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by superseding information instead of by indictment.

```
                              _____
                              Defendant

                              _____
                              Witness

                              _____
                              Counsel for Defendant
```

Date:   New York, New York
        May 2, 2011

