MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/17/11

RECEIVED

AUG 16 2011

CHAMBERS OF
DEBORAH A. BATTS
U.S.D.J.

*Law Offices of*
*Susan G. Kellman*
*Attorney at Law*
*25 Eighth Avenue*
*Brooklyn, New York 11217*

*Telephone: (718) 783-8200*
*Telefax: (718) 783-8226*

*Fellow, American College*
*Of Trial Lawyers*

*e-mail: kellmanesq@aol.com*

DAB
8/17/11

Deborah

August 16, 2011

**BY FACSIMILE: (212) 805- 7902**
Hon. Debra A. Batts
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   U.S. v. Jonathan Bristol
10 Cr. 1239 (DAB)

Dear Judge Batts:

Counsel represents Jonathan Bristol in the above-referenced matter, pursuant to the Criminal Justice Act.

During the course of Mr. Bristol's interview by Probation Officer Dawn Doino, in connection with the preparation of his PreSentence Investigation Report, counsel learned that Mr. Bristol suffered a tortuous childhood which seems to have left considerable emotional scaring. For much of his adult life, Mr. Bristol has been in therapy to treat depression and anxiety. While his mental and emotional problems are currently being addressed with medication and therapy, it seems appropriate to ask the Court to permit us to proceed with a forensic evaluation of Mr. Bristol, in order to present the full picture of my client prior to sentencing.

Counsel has been in touch with Dr. Philip Witt, a forensic psychologist who is licensed in New Jersey and would be willing to evaluate Mr. Bristol and prepare a forensic report for the Court's consideration. I have explained to Dr. Witt that counsel has been appointed by the Court and that the reimbursement rate may not be commensurate with his usual billing practice. Dr. Witt has undertaken such assignments in the past, for both the prosecution and the

MEMO ENDORSED

MEMO ENDORSED

defense, in New Jersey. In previous cases Dr. Witt has agreed to accept a reduced fee of $250/hour, and would be willing to do the same in this matter. In light of this limited assignment, Dr. Witt has further agreed to limit his bill to no more than $3,000. Attached for the Court's consideration is a copy of Dr. Witt's resume, *sans* publications. I have discussed this proposal with AUSA Bosworth and the government does not object to counsel's request for a forensic evaluation.

Accordingly, we respectfully request that Your Honor: (1) appoint Dr. Witt for the purpose of evaluating and preparing a report on Mr. Bristol's mental and emotional condition; and (2) adjourn Mr. Bristol's sentencing *sine die*, so that all parties may read and digest Dr. Witt's report, following its preparation.

*granted*
*DAB*
*8/17/11*

The Court consideration of these matters is appreciated.

Respectfully submitted,

Susan G. Kellman

cc:  Michael Bosworth, Esq.
     Asst. United States Atty.
     Via e-mail

     Dawn Doino,
     Sr. U.S.P.O

     Jonathan Bristol

**SO ORDERED**

DEBORAH A. BATTS  8/17/11
UNITED STATES DISTRICT JUDGE

MEMO ENDORSED