UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK



UNITED STATES OF AMERICA,

    Plaintiff,

v.

JONATHAN BRISTOL,

    Defendants.

Case No.: 1:10-cr-01239

██████ **ORDER APPROVING WITHDRAWAL OF COUNSEL**

The motion to withdraw the appearance of William J. Harrington as counsel of record for Plaintiff United States of America, pursuant to Local Civil Rule 1.4 of the Local Rules of this Court, is hereby **GRANTED**.

SO ORDERED

Dated: **December 12**, 2012

*Deborah A. Batts*
Hon. Deborah A. Batts
United States District Judge

4

LIBW/1848759.1