UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA

        -v.-

JONATHAN BRISTOL,

        Defendant.

- - - - - - - - - - - - - - - -x

TO BE ~~FILED UNDER SEAL~~

AMENDED ORDER OF RESTITUTION

S1 10 Cr. 1239 (DAB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/13

        WHEREAS, on or about December 14, 2010, JONATHAN BRISTOL (the "defendant"), was charged in an Indictment, 10 Cr. 1239 (DAB) (the "Indictment"), with one count of money laundering conspiracy in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and (b)(i);

        WHEREAS, on or about May 2, 2011, the defendant waived indictment and pled guilty to a superseding information ("Information") charging him, in Count One, with money laundering conspiracy in violation of Title 18, United States Code, Section 371, pursuant to a plea agreement with the Government; and

        WHEREAS, the defendant was sentenced by the Court and ordered to pay restitution in the amount of $18,860,282.69;

1

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that JONATHAN BRISTOL, the defendant, shall be jointly and severally liable with Kenneth Starr -- who previously was ordered to pay $30,112,782.69 in connection with 10 Cr. 520 (SAS) -- to pay a total of $18,860,282.69 in restitution to the victims, and in the amounts, listed in Attachment A. BRISTOL's restitution payments shall commence after Kenneth Starr has paid at least $5 million to the victims listed in Attachment A to ensure that the restitution order from BRISTOL is indeed jointly and severally paid.

SO ORDERED.

Dated:   NEW YORK, NEW YORK
         JANUARY 8, 2013

*Deborah A. Batts*
HONORABLE DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

## ATTACHMENT A

| Victim | Amount of Restitution |
|---|---|
| VICTIM #1 | $2,000,000.00 |
| VICTIM #2 | $3,210,282.69 |
| VICTIM #3 | $5,750,000.00 |
| VICTIM #4 | $3,400,000.00 |
| VICTIM #5 | $4,500,000.00 |